### 30788.   HUNTER *v.* THE STATE.

BROYLES, C. J.   This case is controlled by the decision of this court, this day rendered, in the companion case of *Wells* v. *State*, ante.   The two cases were tried together upon separate indictments, and involved the same transaction.   The denial of a new trial was not error for any reason assigned.

> *Judgment affirmed.   MacIntyre and Gardner, JJ., concur.*
> DECIDED MARCH 16, 1945.

*G. A. Johns,* for plaintiff in error. .
*Hope D. Stark, solicitor-general, Joseph D. Quillian,* contra.